UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANOUCHEHR MONSEF,<br><br>　　　　　Petitioner. | Case No.  22-mc-80202-TSH<br><br>**ORDER FOR CLERK TO CLOSE FILE AND REFUND FILING FEE** |

　　　Manouchehr Monsef has filed this case, which appears to be related to a passport request, as a miscellaneous case for which Monsef paid a $49 filing fee. There is no named defendant.

　　　Miscellaneous case numbers are normally assigned to a variety of matters filed with the court which are not considered a civil case. They are ancillary and supplementary proceedings not defined as a civil action. Examples of miscellaneous matters include foreign subpoenas, registration of a judgment from another district, and motions to quash a deposition subpoena related to a case pending in another district. *See* District Clerks' Manual, § 4.03(a)(1). The Court has reviewed Monsef's filing and finds it is not properly categorized as a miscellaneous matter. If Monsef seeks to file a lawsuit, Monsef must file a civil complaint with "a short and plain statement" of the claim. Fed. R. Civ. P. 8. For this reason, the Clerk is instructed to close the file and refund the $49 filing fee. The Court will not accept further filings under this matter number.

　　　Monsef may wish to seek assistance from the Legal Help Center, a free service offered by the Justice & Diversity Center of the Bar Association of San Francisco. Monsef may request an appointment by emailing fedpro@sfbar.org or calling 415-782-8982. At the Legal Help Center, you will be able to speak with an attorney who may be able to provide basic legal help but not representation. More information is available at http://cand.uscourts.gov/helpcentersf.

Monsef may also wish to obtain a copy of this District's *Handbook for Litigants Without a Lawyer*, which provides instructions on how to proceed at every stage of your case. The handbook is available in person at the Clerk's Office and online at:

http://cand.uscourts.gov/prosehandbook.

**IT IS SO ORDERED.**

Dated: August 11, 2022

THOMAS S. HIXSON
United States Magistrate Judge